PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 12-46263 MEH** |
| **MAURICE MILTON BELCHER, SR.,** | **Chapter 13** |
| **Debtor.** | **DECLARATION OF DEBTOR IN SUPPORT OF DEBTOR'S MOTION TO VALUE LIEN** |

I, Maurice Belcher, declare:

    1. I am the debtor in the above-captioned case.

    2. The facts contained herein are true and correct and if called upon as a witness I can testify competently as to them.

    3. At the time I filed my chapter 13 case, on July 27, 2012, I was the owner of the real property located at 2082 Redbud Way, Antioch, CA 94509 (the "property").

    4. I am informed and believe that on the date I filed my case, my property was worth approximately $275,000.00.

    5. The property is encumbered by a First Deed of Trust which was recorded in Contra Costa County on or about December 14, 2005 as

document 0479345-00 in favor of Argent Mortgage Company, LLC ("Argent"), as evidenced by the face page of the recorded deed of trust, a copy of which is attached as Exhibit A and made a part hereof.

6. The First Deed of Trust was assigned to Deutsche Bank National Trust Company, as trustee for, Argent Securities Inc. asset-backed pass-through certificates, series 2006-w2, under the pooling and servicing agreement dated February 1, 2006 ("Deutsche") as recorded in Contra Costa County on or about February 18, 2009 as document number 0033270-00, as evidenced by the face page of the recorded assignment deed of trust, a copy of which is attached as Exhibit B and made a part hereof.

7. I owed approximately $544,877.74 to Homeward Residential as servicer for Deutsche ("Homeward"), the first position creditor, as evidenced by my July 2012 mortgage statement issued by Homeward, a copy of which is attached as Exhibit C and made a part hereof.

8. According to document 0146584-00 which was recorded in Contra Costa County on or about May 18, 2007, The CIT Group/Consumer Finance, Inc. ("CIT") is the beneficiary of a Second Deed of Trust against the property, as evidenced by the face page of the recorded deed of trust, a copy of which is attached as Exhibit D and made a part hereof.

9. I owed approximately $73,556.00 to Vericrest Financial, Inc., successor to The CIT Group/Consumer Finance. Inc., the second position creditor, as evidenced by pages one, thirty-four and thirty-five of my

1 | credit report dated August 27, 2012 issued by Experian, a copy of
2 | which is attached as Exhibit E and made a part hereof.
3 |     I declare under penalty of perjury under the laws of the State of
4 | California that the foregoing is true and correct.
5 | Dated: August 29, 2012                 /s/ Maurice Belcher
                                                                   MAURICE BELCHER