RECORDING REQUESTED BY
NEW CENTURY TITLE COMPANY

**CIT**
WHEN RECORDED MAIL TO

Nationwide Title Clearing, Inc.
ATTN: Dusti Woodbury - CIT Unit
2100 Alt 19 North
Palm Harbor, FL 34683

CONTRA COSTA Co Recorder Office
STEPHEN L. WEIR, Clerk-Recorder
DOC- 2007-0146584-00
Acct 10- New Century Title
Friday, MAY 18, 2007 08:00:00
MIC  $1.00:MOD  $6.00:REC  $10.00
FTC  $5.00:DRF  $1.80:REF  $0.20
Ttl Pd  $24.00   Nbr-0003715998
                 mom/R2/1-6

Escrow: 06061518-106
MIN: 100263105002423009

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# DEED OF TRUST

| TRUSTOR(S) Name(s) and Address(es) | MAURICE M BELCHER<br>2082 REDBUD WAY<br>ANTIOCH, CA 94509 ("Borrower") | Lender Name and Address | The CIT Group/Consumer Finance, Inc.<br>(a Delaware Corporation)<br>1600 RIVIERA AVE<br>SUITE 100<br>WALNUT CREEK, CA 94596 ("Lender")<br>LICENSE NO.: 605 0984 |
|---|---|---|---|
| | | Beneficiary Name and Address | MERS<br>P.O. Box 2026<br>Flint, MI 48501-2026 ("Beneficiary") |

TRUSTEE'S NAME AND ADDRESS
NEW CENTURY TITLE COMPANY, 4305 HACIENDA DRIVE, SUITE 140, PLEASANTON, CA 94588

| LOAN NUMBER | DATE | PRINCIPAL BALANCE | FINAL PAYMENT DATE |
|---|---|---|---|
| 500242300 | 05/11/07 | $58,000.00 | 05/16/32 |

Borrower owes Lender the principal sum shown in the Principal Balance box above, which is the maximum amount of loan indebtedness that Borrower will have outstanding at any time, exclusive of interest thereon. This debt is evidenced by Borrower's Home Equity Line of Credit Agreement dated the same date as this Deed of Trust ("Note"), which provides for monthly payments, with the full debt, if not paid earlier, due and payable on the Final Payment Date shown above. The beneficiary of this Deed of Trust is MERS (solely as nominee for Lender and Lender's successors and assigns) and the successors and assigns of MERS. "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS. This Deed of Trust secures to Lender: (a) the repayment of the debt evidenced by the Note, with interest, and all renewals, extensions and modifications; (b) the payment of all other sums, with interest, advanced under paragraph 2 to protect the security of this Deed of Trust; and (c) the performance of Borrower's covenants and agreements under this Deed of Trust and the Note. For this purpose, Borrower irrevocably grants and conveys to Trustee, in trust, with power of sale, the following described property located in __CONTRA COSTA__ County, California:

SEE ATTACHED LEGAL DESCRIPTION 'EXHIBIT A'

which has the address of __2082 REDBUD WAY__, __ANTIOCH__
                            (Street)                     (City)
California __94509__ ("Property Address");
           (Zip Code)

Together with all the improvements now or hereafter erected on the property, and all easements, rights, appurtenances, rents, royalties, mineral, oil and gas rights and profits, water rights and stock and all fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Deed of Trust. All of the foregoing is referred to in this Deed of Trust as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Deed of Trust, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required to Lender including, but not limited to, releasing and canceling this Deed of Trust.

Borrower covenants that Borrower is lawfully seized of the estate hereby conveyed and has the right to grant and convey the Property. Borrower warrants that the lien created by this Deed of Trust is a valid and enforceable lien subordinate only to easements, liens and restrictions of record as of the date of this Deed of Trust, and that during the entire term of the indebtedness

05/11/07  17:32  2040473
2-2191A (4/04) California (HELOC)

Initial(s) x _MMB_  x _____

Case: 12-46263   Doc# 13-6   Filed: 08/29/12   Entered: 08/29/12 16:01:45   Page 1 of 1