

 Close window

## Online Personal Credit Report from Experian for

Experian credit report prepared for
**MAURICE BELCHER Sr.**
Your report number is
**1002-1697-68**
Report date:
**08/27/2012**

Index:
- Contact us
- Potentially negative items
- Accounts in good standing
- Requests for your credit history
- Personal information
- Important message from Experian
- Know your rights

Print report

Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as "Medical Information Provider." Consumer statements included on your report at your request that contain medical information are disclosed to others.

To return to your report in the near future, log on to www.experian.com/consumer and select "View your report again" or "Dispute" and then enter your report number.

If you disagree with information in this report, return to the Report Summary page and follow the instructions for disputing.

## Contact us  back to top

Need to view your report again or dispute information? Access your report online at www.experian.com/viewreport.
You may also contact us by mail at:
NCAC
P.O. Box 9701
Allen, TX 75013

Or, by phone at:
1 800 493 1058
Monday through Friday, 9 am to 5 pm in your time zone.

## Potentially Negative Items or items for further review  back to top

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies and unpaid tax liens, which may remain for up to 10 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### Payment history legend

| | | | |
|---|---|---|---|
| OK | Current/Terms of agreement met | VS | Voluntarily surrendered |
| 30 | Account 30 days past due | R | Repossession |
| 60 | Account 60 days past due | PBC | Paid by creditor |
| 90 | Account 90 days past due | IC | Insurance claim |

Status: Open. $1,274 past due as of Jul 2012.

Status Details: By Mar 2019, this account is scheduled to go to a positive status.

Date Opened: 01/2008
Reported Since: 05/2011
Date of Status: 07/2012
Last Reported: 07/2012

Type: Auto Loan
Terms: 75 Months
Monthly Payment: $637
Responsibility: Individual

Credit Limit/Original Amount: $36,899
High Balance: NA
Recent Balance: $11,477 as of 07/2012
Recent Payment: $0

Payment History:

| 2012 | | | | | | | 2011 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY |
| 60 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | ND | OK |

Account History:
60 days past due as of Jul 2012
30 days past due as of Jun 2012

Balance History - The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Jun 2012: $11,477 / May 7, 2012 / $637 / no data
May 2012: $11,477 / May 7, 2012 / $637 / $637
Apr 2012: $12,007 / April 10, 2012 / $637 / $637
Mar 2012: $12,523 / March 10, 2012 / $637 / $637
Feb 2012: $13,044 / February 11, 2012 / $637 / $637
Jan 2012: $13,545 / January 9, 2012 / $637 / $637
Dec 2011: $14,047 / December 8, 2011 / $637 / $637
Nov 2011: $14,554 / November 9, 2011 / $637 / $637
Oct 2011: $15,059 / October 11, 2011 / $637 / $637
Sep 2011: $15,538 / September 6, 2011 / $637 / $547
Aug 2011: $15,971 / August 6, 2011 / $637 / $637
Jul 2011: $16,462 / July 7, 2011 / $637 / $637
May 2011: $17,354 / April 25, 2011 / $637 / $637

The original amount of this account was $36,899


**VERICREST FINANCIAL**
Address:
PO BOX 24610
OKLAHOMA CITY, OK 73124
(800) 401-6587

Account Number: 50024....

Address Identification Number: 0409746932
Mortgage Identification Number: 100263105002423009

Status: Open. $15,616 past due as of Jul 2012.

Status Details: By Jul 2015, this account is scheduled to go to a positive status.

Date Opened: 05/2007
Reported Since: 05/2007
Date of Status: 04/2009
Last Reported: 07/2012

Type: Home Equity
Terms: NA
Monthly Payment: $319
Responsibility: Individual

Credit Limit/Original Amount: $58,000
High Balance: $73,556
Recent Balance: $73,556 as of 07/2012
Recent Payment: $0

Payment History:

| 2012 | | | | | | | 2011 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR |
| 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 |

| | | 2010 | | | | | | | | | | | | 2009 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT |
| 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 |

2008

| SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 180 | 180 | 180 | 180 | 180 | 180 | 150 | 150 | 120 | 90 | 60 | 30 | OK | OK | OK | OK | OK |

| APR | MAR | FEB | JAN | DEC 2007 | NOV | OCT | SEP | AUG | JUL | JUN | MAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

Account History:
180 days past due as of Apr 2009 to Jul 2012
150 days past due as of Mar 2009, Feb 2009
120 days past due as of Jan 2009
90 days past due as of Dec 2008
60 days past due as of Nov 2008
30 days past due as of Oct 2008

Balance History - The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Jun 2012: $73,237 / August 8, 2008 / $309 / no data
May 2012: $72,928 / August 8, 2008 / $319 / no data
Apr 2012: $72,609 / August 8, 2008 / $309 / no data
Mar 2012: $72,300 / August 8, 2008 / $319 / no data
Feb 2012: $71,981 / August 8, 2008 / $299 / no data
Jan 2012: $71,682 / August 8, 2008 / $319 / no data
Dec 2011: $71,363 / August 8, 2008 / $320 / no data
Nov 2011: $71,043 / August 8, 2008 / $310 / no data
Oct 2011: $70,733 / August 8, 2008 / $320 / no data
Sep 2011: $70,413 / August 8, 2008 / $310 / no data
Aug 2011: $70,104 / August 8, 2008 / $320 / no data
Jul 2011: $69,784 / August 8, 2008 / $320 / no data
Jun 2011: $69,463 / August 8, 2008 / $310 / no data
May 2011: $69,154 / August 8, 2008 / $320 / no data
Apr 2011: $68,834 / August 8, 2008 / $310 / no data
Mar 2011: $68,524 / August 8, 2008 / $320 / no data
Feb 2011: $68,204 / August 8, 2008 / $289 / no data
Jan 2011: $67,915 / August 8, 2008 / $320 / no data
Dec 2010: $67,595 / August 8, 2008 / $320 / no data
Nov 2010: $67,275 / August 8, 2008 / $310 / no data
Oct 2010: $66,965 / August 8, 2008 / $320 / no data
Sep 2010: $66,645 / August 8, 2008 / $310 / no data
Aug 2010: $66,335 / August 8, 2008 / $320 / no data

Between Aug 2010 and Jun 2012, your credit limit/high balance was $58,000

## Accounts in Good Standing

back to top

These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years.

**ACS/DEPT OF EDUCATION**

Address:
PO BOX 7051
UTICA, NY 13504
*No phone number available*
Address Identification Number:
0409746932

Account Number:
999996....

Status: Transferred,closed/Never late. Deferred, payments begin Jul 2011.

Status Details: This account is scheduled to continue on record until Apr 2020.

Date Opened:
12/2008
Reported Since:
09/2009

Type:
Education
Terms:
NA

Credit Limit/Original Amount:
$26,402
High Balance:
NA

Case: 12-46263    Doc# 13-7    Filed: 08/29/12    Entered: 08/29/12 16:01:45    Page 3 of 3