Entered on Docket
October 03, 2012
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

The following constitutes
the order of the court. Signed October 3, 2012

M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Case No. 12-46263 MEH

**MAURICE MILTON BELCHER, SR.,**          Chapter 13

        **Debtor.**

ORDER VALUING LIEN OF
VERICREST FINANCIAL, INC.,
SUCCESSOR TO THE CIT
GROUP/CONSUMER FINANCE, INC.

_____/  _____

    On August 29, 2012, Maurice Belcher (hereinafter Debtor) served a motion to value the lien of Vericrest Financial, Inc., successor to The CIT Group/Consumer Finance, Inc. (hereinafter Lienholder) against the property commonly known as 2082 Redbud Way, Antioch, CA 94509, which lien was recorded in Contra Costa County on or about May 18, 2007 as document 0146584-00 (hereinafter the Lien).

    The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtor's motion, the court hereby orders as follows:

    (1) For purposes of Debtor's chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien

may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtor's confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

1                              COURT SERVICE LIST

2

3   Attn: Officer or Managing Agent
    Vericrest Financial, Inc.
4   2711 Haskell Avenue, Suite 2150
    Dallas, TX 75204
5

6   Attn: Officer or Managing Agent
    Vericrest Financial, Inc.
    C/o CT Corporation System
7   818 W Seventh St
    Los Angeles, CA 90017
8

9   Attn: Officer or Managing Agent
    Vericrest Financial, Inc.
10  13801 Wireless Way
    Oklahoma, City, OK 73134